FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANKLIN PEMBERTON and TEAH CHADDERDON, As Husband and Wife,<br>    Plaintiffs,<br>    v.<br>STATE FARM MUTUAL AUTOMOMBILE INSURANCE COMPANY, a foreign Corporation,<br>    Defendant. | No. 2:21-CV-000194-SAB<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is the parties' Stipulation for Dismissal With Prejudice, ECF No. 23. Plaintiffs are represented by Kathryn Knudsen, Isaac Ruiz, and Thomas Webster. Defendant is represented by Gregory Worden and Sarah Macklin.

    The parties stipulate that all claims asserted by Plaintiffs against Defendant be dismissed with prejudice and without an award of attorney fees or costs to any party.

//

//

**ORDER DISMISSING ACTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulation For Dismissal With Prejudice, ECF No. 23, the above-captioned case is **DISMISSED**, with prejudice and without costs or fees to any party.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 1st day of June 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**